**Abatement Order filed November 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00839-CR
_____

### ALAN WILLIAM NULL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1443617**

## ABATEMENT ORDER

The trial court appointed Crespin Michael Linton to represent appellant on appeal. After the appointment, appellant retained **Stephen D. Jackson** to represent him. On November 5, 2019, Jackson filed a motion to substitute as counsel.

An appointed attorney shall represent the defendant until

> . . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel for the defendant after a finding of good cause is

entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 209th District Court shall consider Jackson's request to substitute counsel and shall determine whether appellant wishes to be represented by Jackson as retained counsel or whether appellant wishes and is entitled to appointed counsel.

2. The judge shall ensure a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Jackson's request to substitute counsel. The records shall be filed with this court by **December 13, 2019**.

3. We will hold Jackson's motion to substitute counsel pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.